DARREL R. DAINES, CLARK COUNTY COMPTROLLER, APPELLANT, *v.* FREDERIC H. ABRAMS, ESQUIRE, ATTORNEY FOR DONALD DOWELL, RESPONDENT.

No. 14227

February 28, 1983                    659 P.2d 296

---

[5]The Chief Justice assigned SENIOR JUSTICE DAVID ZENOFF to participate in the decision of this matter, in the place and stead of E. M. GUNDERSON, Justice, pursuant to the Nevada Const., art. 6, § 19(1)(a) and 19(1)(c), and SCR 10.

*Robert J. Miller,* District Attorney, *Johnnie B. Rawlinson,* Deputy District Attorney, Clark County, for Appellant.

*Fred H. Abrams,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal from a judgment awarding respondent Abrams excess compensation in connection with his appointment to represent a certain indigent in a criminal matter. Appellant Daines filed a timely opening brief, but Abrams has not filed an answering brief. On January 24, 1983, we ordered Abrams to show cause why his failure to file a brief should not be treated as a confession of error pursuant to NRAP 31(c). Abrams has filed no brief, nor has he responded to our order to show cause.

Cause appearing, we elect to treat Abrams' conduct as a confession of error. NRAP 31(c); *see* Smith v. Smith, 98 Nev. 395, 649 P.2d 1374 (1982). Accordingly, the judgment below in Abrams' favor is reversed.